The People ex rel. Patrick Ready, Respondent, *v.* The Mayor and Common Council of the City of Syracuse, Appellants.

(Snbmitted March 11, 1895; decided March 19, 1895.)

Motion to amend remittitur.

*T. E. Hancock* for motion.

*Charles E. Ide* opposed.

Agree to amend remittitur so as to allow the relator to recover interest on the amount adjudged to be paid over to him from August 8, 1890, the date of the commencement of the proceedings, and that no further damages be awarded, with ten dollars costs.   No opinion.

All concur.

Motion granted and ordered accordingly.

---

Gilbert Murdock, as Administrator, etc., et al., Respondents, *v.* Harriet Robinson, Impleaded, etc., Appellant.

(Submitted March 11, 1895; decided March 19, 1895.)

Motion to amend remittitur.

*E. M. Harris* for motion.

*Lynn J. Arnold* opposed.

Agree to amend remittitur so as to declare " that the judgment be affirmed so far as it affects the part of the premises owned by the Lamb heirs, and that it be reversed as to the part of the premises owned by Clarissa Waterman," and in other respects that the motion be denied.   No opinion.

All concur.

Ordered accordingly.